**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01648-CV

**MELENISA BROWN, Appellant**

**V.**

**FLAGSHIP CARWASH & LUBE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01633-D**

## ORDER

The clerk's record in this case is overdue. By postcard dated December 31, 2013, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the County Clerk to file the clerk's record within thirty days. Having received no response, by order dated March 20, 2014, we ordered the Dallas County Clerk to file either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record within ten days. To date, neither the clerk's record nor the requested verification has been filed and we have not received any correspondence regarding the status of the clerk's record in this case.

So that this appeal can proceed, we again **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. If the record or requested

verification is not filed by the date specified, we will utilize the available remedies to obtain the clerk's *record in this case.*

We **NOTIFY** *appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal.* *See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to John Warren, Dallas County Clerk.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE